UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Ft. Lauderdale Division

REGINA KILCREASE

     Plaintiff,

                                                        CASE NO.: 0:13-cv-62218-KMM

v.

THE CBE GROUP, INC., an Iowa
Corporation

     Defendant.
_____/

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

     COMES NOW, the Parties in the above styled action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), having amicably resolved all matter in controversy, and hereby jointly stipulate to a Dismissal with Prejudice of this action with each party to bear its own attorney's fees and costs except as otherwise agreed by the parties.

     Respectfully submitted by:

| | |
|---|---|
| /s/ Matthew J. Militzok | /s/ Benjamin W. Raslavich |
| **MATTHEW J. MILITZOK, ESQ.** | **BENJAMIN W. RASLAVICH, ESQ.** |
| Florida Bar No.: 0153842 | Florida Bar No. 0102808 |
| mjm@mllawfl.com | braslavich@gsgfirm.com |
| MILITZOK & LEVY, P.A. | GOLDEN SCAZ GAGAIN, PLLC. |
| 3230 Stirling Road, Suite 1 | 201 North Armenia Avenue |
| Hollywood, Florida 33201 | Tampa, Florida 33609 |
| Telephone: (954) 727-8570 | Telephone: (813) 251-5500 |
| Facsimile: (954) 241-6857 | Facsimile: (813) 251-3675 |
| **Attorney for Plaintiff** | **Attorney for Defendant** |

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

  /s/ Benjamin W. Raslavich
**BENJAMIN W. RASLAVICH, ESQ.**
Florida Bar No. 0102808